# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2082 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | |
| v. | : | No. 72 DB 2014 |
| | : | |
| | : | |
| JOSEPH J. CARLIN, | : | Attorney Registration No. 3819 |
| Respondent | : | (Montgomery County) |

## O R D E R

**PER CURIAM:**

AND NOW, this 6th day of August, 2014, upon consideration of the Certificate of Admission of Disability by Attorney that the respondent is suffering from a disabling condition which makes it impossible for him to prepare an adequate defense to disciplinary charges brought against him, it is hereby

ORDERED that the Joseph J. Carlin is immediately transferred to inactive status pursuant to Rule 301(e), Pa.R.D.E., for an indefinite period and until further Order of the Court, and he shall comply with Rule 217, Pa.R.D.E. All pending disciplinary proceedings shall be held in abeyance, except for the perpetuation of testimony and the preservation of documentary evidence.